UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY S. AUSTIN,

        Plaintiff,

                              Case No. 08-CV-13697

vs.

                              HON. GEORGE CARAM STEEH

DEANNA LYNN AUSTIN, et al.,

        Defendants.
_____/

ORDER DENYING MOTION FOR RECONSIDERATION
AND MOTION TO STAY [DOC. 63]

Plaintiff has filed a motion for reconsideration of this Court's order denying his request for recusal, and motion to stay all proceedings pending review by an independent judge. Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court finds that plaintiff's motion simply reiterates earlier arguments which have been previously considered and addressed. The Court has already indicated that it can fairly judge the issues presented by the parties in this case, and need not recuse itself from further consideration thereof. Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for reconsideration and motion to stay is DENIED AS MOOT.

It is so ordered.

Dated: April 29, 2009

                                         S/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 29, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk